UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CLIFFORD E. AVERY

vs. CA 06-397ML

ASHBEL T. WALL, et al

ORDER

The Attorney General is hereby ordered to file its response to the plaintiff's "Petition Under 28 U.S.C. §2254 for Writ of Habeas Corpus by a person in state custody." Said response will be filed on or before **October 4, 2006.**

SO ORDERED

Mary M. Lisi
United States District Judge
September 14 ,2006

Entered as an Order of this Court on September 14 , 2006.

Deputy Clerk