**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CLIFFORD E. AVERY**

**v.** **C.A. No. 06-397ML**

**ASHBEL T. WALL, et al**

**STATE OF RHODE ISLAND'S RESPONSE TO PLAINTIFF'S "PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY"**

Now comes the State of Rhode Island, designated party/respondent in the above-captioned matter, and hereby respectfully responds to the Plaintiff's "Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus By A Person In State Custody" by the submission of the accompanying motion to transfer venue.

Wherefore, the State would respectfully ask that its accompanying motion to transfer venue be granted.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By its attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Aaron L. Weisman________
**AARON L. WEISMAN #4438**
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(401) 222-2995 (fax)
aweisman@riag.ri.gov

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on the 4th day of October, 2006, I filed this document electronically and that it is available for viewing and downloading from the ECF system. Service was accomplished by placing a copy of the within document in the first-class U.S. mail, postage prepaid, to the pro se petitioner: Clifford E. Avery, at his last known address of P.O. Box 8274, Cranston, RI 02920.

/s/ Aaron L. Weisman________________