UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
2006 OCT 16 A 11: 15
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Clifford E. Avery

v

Ashbell T. Wall, et al/

C.A. 06-397ML

**MOTION FOR EXTENSION OF TIME**

Now comes the Petitioner, Clifford E. Avery, in pro se and request this Honorable Court for an extension of time, twenty (20) days, in addition to the normally allowed time by the Federal rules to file a response and/or objection to the Respondent's "Motion To Transfer Venue." The additional time is needed because Petitioner needs to read the two cases cited in Respondent's Memorandum In Support of its Motion To Transfer Venue. Those cases are not available in the law library of the John J. Moran Medium Security Facility. Petitioner has made written request for copies of the cases from law librarian Priscilla Jenison and it will take several days to receive them. Moreover, Petitioner has heart problems and other serious health issues which have required him to reduce his use of the law library for purposes of research, etc., actions necessary in order to prepare his response and/or objection to Respondent's Motion.

**WHEREFORE**, based upon the above, Petitioner respectfully requests this Honorable Court to grant this motion.

October 10, 2006

Respectfully submitted,

Clifford E. Avery, Pro se
Post Office Box 8274
Cranston, Rhode Island 02920

**CERTIFICATION OF SERVICE**

I do hereby certify that a copy of the foregoing motion was sent to Aaron L. Weisman, Assistant Attorney General, 150 South Main St., Providence, Rhode Island 02903, first class postage prepaid, this 10th day of October 2006.

Clifford Avery