October 30, 2006

Diane Brown, Judicial Assistant
U.S. District Court
John O. Pastore Federal Bldg.
One Exchange Terrace
Providence, RI 02903

Re: Clifford E. Avery v Ashbell T. Wall, et al No. 06-397 ML

Dear Ms. Brown:

I filed a Motion For Extension of Time (20) twenty days in which to file an objection/response to Respondents' motion to transfer venue. The Court granted my motion on 10/18/06. Last friday 10/27/06 I finished my objection, but since then I've been unable to make any copies due to the photo-copying machine being inoperable. I only have the originals and cannot mail them to the Court without making copies. I do not know how long the copy machine will be inoperable.

Would you please advise me of what to do. I do not want to forfeit my right to file my objection. Perhaps the Court can accept this letter as a request for an additional extension of time. Hopefully it will not be too much longer before the copier is fixed.

Thank you.

Sincerely,
Clifford Avery