UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CLIFFORD E. AVERY

v. CA 06-397 ML

ASHBEL T. WALL

ORDER

Petitioner's Motion for an Extension of Time to file his response to the Motion to Transfer is GRANTED. Petitioner shall file his response on or before November 28, 2006.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
November 7, 2006