Orig Attached

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CLIFFORD E. AVERY**

**v.** **C.A. No. 06-397ML**

**ASHBEL T. WALL, et al**

**STATE OF RHODE ISLAND'S MOTION TO TRANSFER VENUE**

Now comes the State of Rhode Island, by and through its attorneys, and, for the reasons expressed in the accompanying supporting memorandum, respectfully moves to transfer venue of this case to the United States District Court for the District of New Hampshire.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By its attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Aaron L. Weisman
**AARON L. WEISMAN #4438**
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
(401) 222-2995 (fax)
aweisman@riag.ri.gov

Granted. This case is transferred to the District of New Hampshire.
Mary M. Lisi
USDJ 11/29/06

## CERTIFICATION

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on the 3rd day of October, 2006, I filed this document electronically and that it is available for viewing and downloading from the ECF system. Service was accomplished by placing a copy of the within document in the first-class U.S. mail, postage prepaid, to the pro se petitioner: Clifford E. Avery, at his last known address of P.O. Box 8274, Cranston, RI 02920.

/s/ Aaron L. Weisman